cfn 11-15-16

AO 91 (Rev. 11/11) Criminal Complaint

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

# UNITED STATES DISTRICT COURT

for the

District of Maryland

NOV 16 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

United States of America
v.
KHALIL WRIGHT

*Defendant(s)*

Case No. 16-2987-ADC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 1, 2016 in the county of ____ in the ____ District of Maryland, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. Sections 841,960 (a) | Possession with intent to distribute +100 grams of heroin and +50 grams of Dibutylone;<br><br>Importation of Dibutylone |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

G. P S [signature]
*Complainant's signature*

G. Paul Samoska, S/A HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 16 November 2016

[signature]
*Judge's signature*

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*