ql
11-15-16

16 - 2987 - ADC

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED

NOV 16 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, G. Paul Samoska, being duly sworn, states as follow:

1. I am currently employed by the U. S. Department of Homeland Security, Homeland Security Investigations. I have been a Special Agent with Homeland Security Investigations (HSI) since July 2011 and am currently assigned to the High Intensity Drug Trafficking Area, HIDTA, Airport/Seaport Initiative Group. Prior to employment with HSI, I was a Special Agent with the Internal Revenue Service Criminal Investigation Division (IRS-CID) for approximately three years. Prior to IRS-CID, I was a Special Agent with the United States Secret Service (USSS) for approximately five years. I have attended and completed the Criminal Investigator Training Program at Glynco, GA, as well as academies for HSI, IRS-CID, and USSS.

2. I have personally conducted and participated in numerous investigations involving criminal activity including but not limited to controlled substance offenses, firearms violations, money laundering, structuring, check fraud, credit card fraud, and identity theft. During the course of those investigations, I have been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short and long-term undercover operations, including reverse undercover drug operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance, including wire interceptions. I have participated in the arrest of numerous persons for offenses involving controlled substance offenses, firearms violations, money laundering, structuring, check fraud, credit card fraud, and identity theft. I have also authored and/or executed numerous search and seizure warrants relating to controlled substance offenses, firearms violations, money laundering, structuring, check fraud, credit card fraud, and identity theft.

CJC
11-15-16

3. I have attended and completed several advanced specialized courses on financial activities of drug traffickers, specifically on money laundering and structuring of financial proceeds. Through training and interviews of persons arrested for drug related offenses, I am familiar with the actions, traits, habits, and terminology used by drug traffickers. I have also participated in hundreds of hours of surveillance of suspected drug traffickers.

4. As a federal agent, your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

5. This affidavit is submitted in support of a criminal complaint charging **Khalil WRIGHT** (DOB: 2/17/1995, black male) with Possession with the Intent to Distribute Controlled Substances, to wit: more than 100 grams of heroin and more than 50 grams of Dibutylone, in violation of 21 U.S.C. § 841 and Importation of a Controlled Substance, in violation of 21 U.S.C § 960(a).

6. Since this affidavit is being submitted for the purpose of issuing a criminal complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that during an unknown period of time beginning prior to and leading up to and including November 1, 2016, **Khalil WRIGHT** committed acts in violation of the aforementioned sections of Title 21 of the Federal Criminal Code.

7. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause and does not set forth all of my knowledge about this matter.

cfr
11.15.16

**PROBABLE CAUSE**

8. On October 25, 2016, while conducting an enforcement examination of mail being shipped to the United States from China, Customs and Border Protection Officers (CBP) at the JFK Airport, New York, NY identified the following express mail parcel (hereafter referred to as the parcel):

| | |
|---|---|
| Tracking #: | LT284162306CN |
| From: | Yuguang LIU<br>001 NO 3 Floor No 3355 GU Dai Road<br>Shanghai, CHINA |
| To: | Khalil WRIGHT<br>320 East 27th Street<br>Baltimore, MD 21218 |

9. Pursuant to Border Search Authority granted by Title 19 of the United States Code, CBP Officers opened the above mentioned parcel and discovered 98 grams of a white rock-like substance secreted within a plastic bag. Using mobile lab testing, a CBP chemist subsequently determined the rock-like substance to be the Schedule I Controlled Substance Dibutylone.

10. On October 31, 2016, Maryland District Court Judge L. Robert Cooper signed a search and seizure warrant for the residence located at 320 East 27th Street, Baltimore, MD. This was an anticipatory search warrant contingent upon the parcel being accepted by anyone at the subject premises and then taken inside the residence.

11. On November 1, 2016, HSI and Baltimore Police Department (BPD) Officers assigned to the HSI Airport/Seaport HIDTA Task Force prepared the parcel for a controlled delivery by removing the 98 grams of Dibutylone from the box and repackaging it with approximately 7.8 grams of Dibutylone.

C4h
11.15.16

12. On November 1, 2016 HSI, Special Agents and Task Force Officers (TFO's) and United States Postal Inspectors (USPIS) performed a controlled delivery of the parcel. At approximately 3:00 pm, a USPIS Inspector operating in an undercover capacity knocked on the door of 320 E. 27th Street, Baltimore, MD and attempted to deliver the package. The door was not answered, and the parcel was left on the front porch of the residence. USPIS Inspectors updated the tracking system to show that parcel had been delivered, and visual surveillance was then maintained on the parcel.

13. At approximately 5:40 pm, a black female (later identified as M.C.) approached the residence at 320 E. 27th Street walked up the front stairs of the residence and picked up the parcel. She then used a key to open the front door and then enter the residence. M.C. remained inside the residence for approximately five minutes and then was observed exiting the residence without the parcel.

14. At approximately 3:30 pm investigators established surveillance on a black Honda Accord, MD License plate 3CC9984 at 6655 Santa Barbara Road, Elkridge, MD. This vehicle is registered to **Khalil WRIGHT**, at the address 6655 Santa Barbara Road, Elkridge, MD, which is known to be **WRIGHT's** place of employment. At approximately 5:15 pm, **WRIGHT** was observed entering the black Honda and driving away from 6655 Santa Barbara Road. Visual surveillance was maintained on **WRIGHT** as he drove directly to 320 East 27th Street, Baltimore, MD and parked on the street in front of the residence.

15. After **WRIGHT** arrived at 320 East 27th Street, he remained inside his vehicle for approximately ten minutes. He then exited the car and was observed walking up the stairs, unlocking the door, and entering the residence. Law Enforcement officers then immediately made

CfN
11-15-16

entry into the residence. Upon entry, **WRIGHT** was observed tossing the parcel onto the floor in the front corner of the residence.

16. **WRIGHT** was subsequently arrested for violations of Maryland state laws relating to Possession of CDS-Large amount, Possession of CDS with Intent to Distribute, Possession of CDS-Not Marijuana, and Firearm/Drug Trafficking Crime. During the search of 320 East 27th Street, law enforcement officers seized ten pills of suspected Oxycodone contained in an envelope addressed to **WRIGHT**.

17. On October 31, 2016, Maryland District Court Judge L. Robert Cooper also signed a search and seizure warrant for the residence located at 833 St. Dunstans Road, Baltimore, MD. This address is known to be the residence of Khalil **WRIGHT**.

18. On November 1, 2016, at approximately 7:00 pm, the search and seizure warrant was executed at 833 St. Dunstans Road, Baltimore, MD. During the search of the residence, the following items were recovered:

a. Approximately 148 grams of suspected heroin
b. Approximately 34.7 grams of suspected crack cocaine
c. Approximately 16.1 grams of suspected Fentanyl
d. 698 suspected Oxycodone pills
e. Approximately 200.8 grams of suspected dibutylone
f. 104 suspected Amphetamine pills
g. 455 suspected Alprazolam pills
h. Two laptop computers
i. Eight cellular telephones
j. Four scales with suspected drug residue

Cfx
11-15-16

16 - 2987 - ADC

k. Five handguns

A field test of the suspected heroin confirmed it to be heroin.

**CONCLUSION**

Based upon the foregoing, I respectfully submit that this affidavit supports probable cause for the issuance of a criminal complaint and an arrest warrant for **Khalil WRIGHT** for violations of 21 U.S.C. § 841, Possession with the Intent to Distribute Controlled Substances, to wit: more than 100 grams of heroin and more than 50 grams of Dibutylone, and a violation of 21 U.S.C § 960(a), Importation of a Controlled Substance.

G. P. Sl

Special Agent G. Paul Samoska
Homeland Security Investigations

Sworn to before me this 16th day of November, 2016

A. D. Copperthite

A. David Copperthite
United States Magistrate Judge